PHILIP METZ, Respondent, v. MARCUS I. SACHS and Another, Appellants. VINCENT P. KIERNAN, Defendant.— Judgment unanimously affirmed, with costs. No opinion.  Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

GEORGE MORD, Respondent, v. HARTFORD ACCIDENT AND INDEMNITY COMPANY, Appellant.— Judgment unanimously affirmed, with costs.  No opinion.  Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

KATHERINE I. NICOLL, Respondent, v. EDITH O. BROWN, Appellant.— Order denying defendant's motion to dismiss the complaint affirmed, with ten dollars costs and disbursements.  When the entire correspondence, shown by the record, is considered, there are indications that plaintiff's name was a part of the alleged contract.  Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

BENJAMIN PENZEL and LOUIS ZUCKER, Copartners, etc., Appellants, v. CARROLL BUILDING CORPORATION and Another, Respondents.— Judgment unanimously affirmed, with costs.  No opinion.  Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

DENEGRO PIZIO, Respondent, v. AMERICAN-HAWAIIAN STEAMSHIP COMPANY, Appellant.— Judgment reversed on the law and the facts, and a new trial granted, with costs to abide the event.  The finding of the jury that the defendant was negligent was against the weight of evidence.  There was no proof in the case as to what caused the hatch covers to fall.  Without that proof, in light of the fact that plaintiff jumped upon them, there was not sufficient proof to show any negligence on the part of the defendant.  Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT B. CORY, Appellant.— Judgment of conviction affirmed.  No opinion.  Rich, Jaycox, Young and Lazansky, JJ., concur; Kapper, J., dissents.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER GUTTERSON, Appellant.— Judgment of conviction unanimously affirmed.  No opinion.  Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNARD FISCHER, Appellant.— Judgment of conviction of the Court of Special Sessions reversed upon the law and the facts, and complaint dismissed, on the ground that the decision was against the weight of the evidence.  We think the doubt raised by the evidence should have been resolved in favor of the defendant.  Rich, Jaycox, Young, Kapper and Lazansky, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CATHERINE MILI, Appellant.— Judgment of conviction of the Court of Special Sessions unanimously affirmed.  The sentence, however, was illegal.  The defendant should be brought before this court on June 25, 1926, at ten o'clock, A. M., for sentence.  Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY SALKIND, Appellant.— Judgment of conviction of the County Court of Queens county unanimously affirmed.  No opinion.  Present — Rich, Jaycox, Young, Kapper and Lazansky, JJ.